RIDLEY WATTS and Others, Appellants, v. THOMAS CARTER & SONS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ATLANTIC CORK CO., INC., Respondent, v. UNITED CORK COMPANIES, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PHILIP M. BERNSTEIN, Appellant, v. JOSEPH A. BERNSTEIN, Respondent.— Judgment reversed upon the law, with costs, and judgment directed for plaintiff for the forfeiture of defendant's lease and for the recovery by plaintiff of possession of the premises. We think there was a deliberate and willful violation by defendant of the condition and covenant contained in the lease against placing signs upon the building in question. (Plumb v. Tubbs, 41 N. Y. 442; Munro v. Syracuse, etc., R. R. Co., 200 id. 224; Southwick v. N. Y. Christian Missionary Society, 151 App. Div. 116; Rose v. Hawley, 141 N. Y. 366, 374.) Jaycox, Manning and Young, JJ., concur; Kelly, P. J., and Kapper, J., dissent, and vote to affirm on the opinion of Mr. Justice Carswell at Trial Term.

JOSEPH BROWN, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

EMPIRE TRUST COMPANY, Respondent, v. RUTH NOYES HEINZE and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

RAY GOLDSTEIN, Respondent, v. JOSEPH SAFIAN, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

SAMUEL GOLDSTEIN, Respondent, v. JOSEPH SAFIAN, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

RAGNA HASTAD, Appellant, v. ERNEST FINKBEINER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

GEORGE HASTAD, Appellant, v. ERNEST FINKBEINER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

D. ELLIS HAMBURGER, Appellant, v. MORRIS SHEWITT, Respondent.— Judgment reversed upon the law and the facts, and new trial granted, with costs to abide the event. We think the plaintiff established by his evidence a prima facie case, and that there was sufficient evidence from which the jury might find that the agreement was that the note in question was never to be paid by plaintiff, but that defendant was to take up the same from the proceeds of the sales of stock, and that the payments thereafter made by plaintiff to defendant were in effect simply loans for which he is entitled to be reimbursed by the defendant. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ROSE M. PACKER, Respondent, v. CHARLES F. HART, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.